<div style="text-align: center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

</div>

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR87(VAB) |
| v. | |
| DENNIS A. BRADLEY, JR., and JESSICA MARTINEZ | May 20, 2022 |

<div style="text-align: center">

**GOVERNMENT'S RESPONSE TO DEFENDANT JESSICA MARTINEZ'S MOTION IN LIMINE TO EXCLUDE THE GOVERNMENT FROM DISCLOSING THE NATURE OF DEFENDANT'S RESOLVED COURT CASES**

</div>

The Government submits this response to Defendant Jessica Martinez's motion to preclude the Government from disclosing the nature of her resolved domestic violence cases (Dkt. #70).

The Government has no intention of introducing evidence of those cases in its case-in-chief.

While it seems unlikely to arise, the Government reserves the right to revisit the issue if Martinez opens the door in some fashion.

<div style="margin-left: 50%">

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

        /s/
JONATHAN N. FRANCIS
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
DAVID E. NOVICK
Federal Bar No. phv02874
david.novick@usdoj.gov
ASSISTANT U.S. ATTORNEYS
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY