UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENNIS A. BRADLEY, JR., and<br>JESSICA MARTINEZ | Case No. 3:21-cr-00087-VAB<br><br><br>June 2, 2022 |

**DEFENDANT DENNIS BRADLEY'S SUPPLEMENT TO BRIEF REGARDING PRECLUSION (ECF NO. 118)**

On June 1, Defendant Dennis Bradley filed a brief supplementing his oral motion to preclude the government from introducing at trial a recently disclosed 28-minute video. *See* ECF No. 118. Among other points, counsel for Mr. Bradley addressed Mr. Francis's assertion on the June 1 hearing that this version of the video had previously been provided to Mr. Bradley via DVD. *Id.* at 4. Counsel stated that this detail was not mentioned in Mr. Jackson's January 2020 302 or in any other FBI 302 reports from the Jacksons. *Id.*

On June 2, Mr. Novick alerted counsel to another 302 of Barry Jackson dated May 24, 2022. In that 302, Mr. Jackson states that the 13-minute version of the video the parties have used to prepare this case was the only video he had taken that night. He also stated that he recalled putting "the videos from the event on a DVD and dropping it off at Bradley's office," where he left it with a receptionist. There appears to be no evidence whatever as to what version of the video was included on this DVD, other

1

than Mr. Jackson's statement in that same report that the only version of the video he was aware of was the 13-minute version. Counsel for Mr. Bradley do not have a copy of this DVD in their possession, and Mr. Bradley has no knowledge of this alleged DVD, let alone its alleged contents.

The government uploaded a copy of the referenced May 24 302 to the USAfx system on May 26. Counsel for the government did not forward a production letter via email or provide other notice that this upload to USAfx had been accomplished. Counsel for Mr. Bradley were therefore unaware of the referenced 302 until they were alerted to it this morning by Mr. Novick. It remains the case that Mr. Bradley and his counsel did not have this 28-minute video in their possession until the government produced it on May 25.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated June 2, 2022 | /s/ *James I. Glasser*<br>James I Glasser (ct07221)<br>David R. Roth (ct29876)<br>Wiggin and Dana LLP<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06510<br>Phone: 203.498.4400<br>Fax: 203.782.2899<br>jglasser@wiggin.com<br>droth@wiggin.com |