# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR87(VAB) |
| v. | |
| DENNIS A. BRADLEY, JR., and JESSICA MARTINEZ | June 2, 2022 |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America hereby appeals to the United States Court of Appeals for the Second Circuit from a Ruling granting defendants' motion to preclude the government from introducing Government Exhibit 120C, an approximately 28-minute video taken March 15, 2018, entered orally in this case on June 2, 2022 [minute entry at doc. no. 125].

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

        /s/
JONATHAN N. FRANCIS
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
DAVID E. NOVICK
Federal Bar No. phv02874
david.novick@usdoj.gov
ASSISTANT U.S. ATTORNEYS
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY