UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR87(VAB) |
| v. | |
| DENNIS A. BRADLEY, JR., and JESSICA MARTINEZ | June 2, 2022 |

## CERTIFICATION OF UNITED STATES ATTORNEY UNDER 18 U.S.C. § 3731

Pursuant to Title 18, United States Code, Section 3731, pertaining to appeals taken by the United States, United States Attorney Vanessa Roberts Avery submits the following:

1. On May 24, 2021, a Grand Jury sitting in New Haven returned an indictment charging Dennis A. Bradley, Jr., and Jessica Martinez with one count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 (Count 1) and five counts of wire fraud in violation of 18 U.S.C. § 1343 (Counts 2-6), and charging Martinez with one count of making false statements in violation of 18 U.S.C. § 1001(a)(2) (Count 7) and one count of making a false declaration before the grand jury in violation of 18 U.S.C. § 1623 (Count 8).

2. On May 4, 2022, a Grand Jury sitting in New Haven returned a superseding indictment making certain ministerial alterations to the indictment. The indictment and superseding indictment charged the same crimes and conduct.

3. The defendants are charged with participating in a conspiracy and scheme to defraud the Connecticut State Election Enforcement Commission ("SEEC"), the Citizens' Election Fund, and the State of Connecticut by making misrepresentations concerning Bradley's compliance with the Citizens' Election Program's statutory restrictions and requirements in order to fraudulently obtain or attempt to obtain $179,850 in campaign grants. In particular, the defendants made material misrepresentations to SEEC that no campaign fundraising took place during a March 15, 2018 party that Bradley paid for with personal funds in excess of the statutory

limit.  Martinez was also charged with making false statements to the Federal Bureau of Investigation and the investigating Grand Jury in 2020 in an attempt to conceal those prior misstatements and omissions about the events of March 15, 2018.

4.  On May 24, 2022, a witness provided the Government with access to a 28-minute video of the events at the March 15, 2018 launch party.  The Government produced that video to the defendants on May 25, 2022.  On May 26, 2022, the Government added that video to its exhibit list as Exhibit 120C.

5.  Exhibit 120C—either by itself or in conjunction with other evidence—showed that during the March 15, 2018 party, the defendants were present while (i) campaign volunteers solicited donations with the requisite SEEC contribution forms in-hand, (ii) party guests filled out contribution forms, and (iii) the party's emcee announced over the loudspeaker that contribution forms were available from Bradley's co-conspirator (charged separately).  Exhibit 120C, therefore, was an important part of the Government's proof of the defendants' knowledge that campaign contributions were solicited at the March 15, 2018 party, and that their later misrepresentations were made with fraudulent intent.

6.  On June 1, 2022, on the second day of jury selection, the defendants made an oral motion to suppress Exhibit 120C as a sanction under Rule 16.  The Court heard argument from counsel, and continued the conclusion of jury selection and the start of evidence until June 3, 2022.

7.  On June 2, 2022, the Honorable Victor A. Bolden, United States District Court Judge, issued an oral order granting the defendants motion to preclude the Government from introducing Exhibit 120C [minute entry at doc. no. 125].

8.  The evidence that has been suppressed, *i.e.*, visual proof of campaign fundraising during the March 15, 2018 party, is "substantial proof of a fact material in the proceeding."  18 U.S.C. § 3731.

9. Accordingly, the United States Attorney hereby certifies, pursuant to Title 18, United States Code, Section 3731, that the appeal by the United States of the district court's suppression ruling in this case is not taken for purpose of delay and that the evidence that has been suppressed is substantial proof of facts material to the proceeding.

Respectfully submitted,

*Vanessa Roberts Avery*

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

JONATHAN N. FRANCIS
ASSISTANT U.S. ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
Tel.: (203) 821-3700

DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
Federal Bar No. phv02874
david.novick@usdoj.gov
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY