APPEAL,ATTY,EFILE,RAR

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:21-cr-00087-VAB All Defendants

Case title: USA v. Bradley et al                    Date Filed: 05/24/2021

---

Assigned to: Judge Victor A. Bolden
Referred to: Judge Robert A.
Richardson

**Defendant (1)**

**Dennis A. Bradley, Jr.**                represented by **David R. Roth**
                                         Wiggin & Dana-NH
                                         One Century Tower
                                         265 Church Street P.O. Box 1832
                                         New Haven, CT 06508-1832
                                         203-498-4394
                                         Fax: 203-782-2889
                                         Email: droth@wiggin.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **James I. Glasser**
                                         Wiggin & Dana-NH
                                         One Century Tower
                                         265 Church Street P.O. Box 1832
                                         New Haven, CT 06508-1832
                                         203-498-4313
                                         Email: jglasser@wiggin.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*
                                         *Designation: Retained*

**Pending Counts**                                 **Disposition**

ATTEMPT AND CONSPIRACY
TO COMMIT MAIL FRAUD
(Conspiracy to Commit Wire Fraud)
(1)

ATTEMPT AND CONSPIRACY
TO COMMIT MAIL FRAUD
(Conspiracy to Commit Wire Fraud)
(1s)

FRAUD BY WIRE, RADIO, OR
TELEVISION (Wire Fraud)
(2-6)

FRAUD BY WIRE, RADIO, OR
TELEVISION (Wire Fraud)
(2s-6s)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Victor A. Bolden
Referred to: Judge Robert A.
Richardson

**Defendant (2)**

| **Jessica Martinez** | represented by | **Carly Levenson** |
|---|---|---|
| | | Federal Defender's Office |
| | | 265 Church Street |
| | | Suite 702 |
| | | New Haven, CT 06510 |
| | | 203-498-4200 |
| | | Email: carly_levenson@fd.org |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender* |
| | | |
| | | **Daniel Murphy Erwin** |

Federal Defender Office
265 Church Strreet
Ste 7th Floor
New Haven, CT 06510
860-493-6260
Fax: 860-493-6269
Email: daniel_erwin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Lillian Odongo**
Federal Public Defender - District of
Conunecticut
10 Columbus Blvd
Ste 2
Harford, CT 06106
860-493-6260
Email: lillian_odongo@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Tracy Hayes**
Federal Public Defender's Office -
NH
265 Church St., Suite 702
New Haven, CT 06510-7005
203-498-4200
Fax: 203-498-4207
Email: tracy_hayes@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Pending Counts**                                           **Disposition**

ATTEMPT AND CONSPIRACY
TO COMMIT MAIL FRAUD
(Conspiracy to Commit Wire Fraud)
(1)

ATTEMPT AND CONSPIRACY
TO COMMIT MAIL FRAUD
(Conspiracy to Commit Wire Fraud)
(1s)

FRAUD BY WIRE, RADIO, OR
TELEVISION (Wire Fraud)
(2-6)

FRAUD BY WIRE, RADIO, OR
TELEVISION (Wire Fraud)
(2s-6s)

STATEMENTS OR ENTRIES
GENERALLY (False Statements)
(7)

STATEMENTS OR ENTRIES
GENERALLY (False Statements)
(7s)

FALSE DECLARATIONS
BEFORE GRAND JURY/COURT
(False Declaration Before the Grand
Jury)
(8)

FALSE DECLARATIONS
BEFORE GRAND JURY/COURT
(False Declaration Before the Grand
Jury)
(8s)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| **USA** | represented by | **David E. Novick** |
| --- | --- | --- |
| | | U.S. Attorney's Office-NH |

157 Church St., 25th Floor
New Haven, CT 06510
203-821-3700
Fax: 203-821-3829
Email: david.novick@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jonathan N. Francis**
U.S. Attorney's Office-NH
157 Church St., 25th Floor
New Haven, CT 06510
203-821-3700
Fax: 203-773-5376
Email: Jonathan.Francis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Leonard C. Boyle**
U.S. Attorney's Office-NH
157 Church St., 25th Floor
New Haven, CT 06510
203-821-3700
Email: leonard.boyle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2021 | view1 | SEALED INDICTMENT returned before Judge Robert M. Spector with the signature of the foreperson redacted. Grand jury number NH-19-1. Warrant to issue as to Dennis A. Bradley, Jr (1) count(s) 1, 2-6, Jessica Martinez (2) count(s) 1, 2-6, 7, 8. (Murphy, Tatihana) (Entered: 05/25/2021) |
| 05/24/2021 | view2 | Unredacted document with FOREPERSON'S SIGNATURE regarding Indictment (Sealed), 1 as to defendant(s)Dennis A. Bradley, Jr and Jessica Martinez. Access to the pdf document is restricted pursuant to Federal Rule of Criminal Procedure 49.1(e). (Murphy, Tatihana) (Entered: 05/25/2021) |

| | | |
|---|---|---|
| 05/25/2021 | view | Arrest of Jessica Martinez. (Murphy, Tatihana) (Entered: 05/25/2021) |
| 05/25/2021 | view5 | USM Return of Service on Arrest executed as to Jessica Martinez on 5/25/2021. (Murphy, Tatihana) (Entered: 05/25/2021) |
| 05/25/2021 | view | Arrest of Dennis A. Bradley, Jr. (Murphy, Tatihana) (Entered: 05/25/2021) |
| 05/25/2021 | view | Oral MOTION for Bond by Dennis A. Bradley, Jr. (Murphy, Tatihana) (Entered: 05/25/2021) |
| 05/25/2021 | view | Oral MOTION for Bond by Jessica Martinez. (Murphy, Tatihana) (Entered: 05/25/2021) |
| 05/25/2021 | view6 | Minute Entry for proceedings held before Judge Robert M. Spector: Arraignment as to Dennis A. Bradley Jr. (1) Count 1,2-6 held on 5/25/2021. Initial Appearance as to Dennis A. Bradley, Jr held on 5/25/2021. Detention Hearing as to Dennis A. Bradley, Jr held on 5/25/2021. Attorney James Glasser appearing for the defendant. Motion Hearing as to Dennis A. Bradley, Jr held on 5/25/2021 re Oral MOTION for Bond filed by Dennis A. Bradley, Jr. Granting Oral Motion for Bond as to Dennis A. Bradley Jr. (1) Bond set as to Dennis A. Bradley Jr. (1) 300,000.00. Case unsealed. Indictment unsealed as to all defendants. Plea entered by Dennis A. Bradley Jr. (1) on Count 1,2-6. by Dennis A. Bradley, Jr., Not Guilty on counts 1-6; ( Jury Trial set for 8/2/2021 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden). Total time 32 minutes. (Court Reporter FTR.) (Murphy, Tatihana) Modified on 5/25/2021 (Murphy, Tatihana). (Entered: 05/25/2021) |
| 05/25/2021 | view | CASE UNSEALED as to Dennis A. Bradley, Jr, Jessica Martinez, INDICTMENT UNSEALED as to Dennis A. Bradley, Jr, Jessica Martinez. (Murphy, Tatihana) (Entered: 05/25/2021) |
| 05/25/2021 | view7 | ORDER Setting Conditions of Release as to Dennis A. Bradley, Jr. Signed by Judge Robert M. Spector on 5/25/2021. (Murphy, Tatihana) (Entered: 05/25/2021) |
| 05/25/2021 | view8 | ENTERED IN ERROR: ORDER as to Dennis A. Bradley, Jr pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116-182, 134 Stat. 894 (Oct. 21, 2020).<br><br>Counsel for the defendant shall ensure that the defendant receives a copy of this order within ten days. |

| | | |
|---|---|---|
| | | Signed by Judge Robert M. Spector on 5/25/2021. (Murphy, Tatihana) Modified on 5/26/2021 (Murphy, Tatihana). (Entered: 05/25/2021) |
| 05/25/2021 | view9 | ELECTRONIC FILING ORDER FOR COUNSEL as to Dennis A. Bradley, Jr, Jessica Martinez - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Victor A. Bolden on 5/25/2021. (Murphy, Tatihana) Modified Judge Signature on 5/25/2021 (Murphy, Tatihana). (Entered: 05/25/2021) |
| 05/25/2021 | view10 | Minute Entry for proceedings held before Judge Robert M. Spector: Arraignment as to Jessica Martinez (2) Count 1,2-6,7,8 held on 5/25/2021. Initial Appearance as to Jessica Martinez held on 5/25/2021. Detention Hearing as to Jessica Martinez held on 5/25/2021. Attorney Lilly Odongo appointed to represent the defendant. CJA Affidavit due 6/1/2021. Motion Hearing as to Jessica Martinez held on 5/25/2021 re Oral MOTION for Bond filed by Jessica Martinez. Granting Oral Motion for Bond as to Jessica Martinez (2). Plea entered by Jessica Martinez (2) Count 1,2-6,7,8. by Jessica Martinez Not Guilty on counts 1-8. ( Jury Selection set for 8/2/2021 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden); Bond set as to Jessica Martinez (2) 250,000.00. Total time 23 minutes. (Court Reporter FTR.) (Murphy, Tatihana) (Entered: 05/25/2021) |
| 05/25/2021 | view11 | ORDER as to Jessica Martinez pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116-182, 134 Stat. 894 (Oct. 21, 2020). Counsel for the defendant shall ensure that the defendant receives a copy of this order within ten days. Signed by Judge Robert M. Spector on 5/25/2021. (Murphy, Tatihana) (Entered: 05/25/2021) |
| 05/25/2021 | view12 | ORDER Setting Conditions of Release as to Jessica Martinez Signed by Judge Robert M. Spector on 5/25/2021. (Murphy, Tatihana) (Entered: 05/25/2021) |
| 05/25/2021 | view15 | ORDER as to Dennis A. Bradley, Jr pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116-182, 134 Stat. 894 (Oct. 21, 2020). Counsel for the defendant shall ensure that the defendant receives a copy of this order within ten days. |

| | | |
|---|---|---|
| | | Signed by Judge Robert M. Spector on 5/25/2021. (Murphy, Tatihana) (Entered: 05/26/2021) |
| 05/26/2021 | view13 | USM Return of Service on Arrest Warrant executed as to Dennis A. Bradley, Jr on May 25, 2021 (Francis, Jonathan) (Entered: 05/26/2021) |
| 05/26/2021 | view14 | USM Return of Service on Arrest Warrant executed as to Jessica Martinez on May 25, 2021 (Francis, Jonathan) (Entered: 05/26/2021) |
| 05/26/2021 | view16 | ATTORNEY APPEARANCE: Carly Levenson appearing for Jessica Martinez (Levenson, Carly) (Entered: 05/26/2021) |
| 05/28/2021 | view17 | SEALED SURETY INFORMATION SHEET by Jessica Martinez *Bond Co-signer* (Odongo, Lillian) (Entered: 05/28/2021) |
| 05/28/2021 | view18 | SEALED CJA 23 Financial Affidavit by Jessica Martinez. (Murphy, Tatihana) (Entered: 06/01/2021) |
| 06/01/2021 | view19 | Appearance Bond Entered as to Dennis A. Bradley, Jr in amount of $ 300,000.00. (Murphy, Tatihana) (Entered: 06/04/2021) |
| 06/07/2021 | view20 | Appearance Bond Entered as to Jessica Martinez in amount of $ 250,000.00. (Murphy, Tatihana) (Entered: 06/07/2021) |
| 07/09/2021 | view21 | MOTION to Continue *Jury Trial Date* by Dennis A. Bradley, Jr. (Glasser, James) (Entered: 07/09/2021) |
| 07/10/2021 | view22 | ORDER granting 21 Motion to Continue as to Dennis A. Bradley Jr. (1) and Jessica Martinez (2). Jury selection and trial continued until **December 6, 2021**.

The Court concludes that under 18 U.S.C. § 3161(h)(7)(A), the ends of justice will be served by continuing the date for jury selection, outweighing the best interests of the public and the Defendant in a speedy trial. *See United States v. Lynch*, 726 F.3d 346, 355 (2d Cir. 2013) ("Because the district court had articulated its findings supporting its determination that the ends of justice would be served before granting the continuance, and those findings fulfilled the criteria set out in § 3161(h)(7)(B), the district court complied with *Zedner*.") (citing *Zedner v. United States*, 547 U.S. 489, 491 (2006) (express Speedy Trial Act findings must be put on the record)).

Counsel for Mr. Bradley has requested additional time to adequately prepare for trial. Given the volume of discovery and the restrictions imposed on its review, the Court finds it appropriate to continue jury selection and trial, under 18 U.S.C. § 3161(h)(7)(B).

Accordingly, jury selection will be rescheduled for **December 6, 2021**. |

| | | |
|---|---|---|
| | | The Court orders that the period of time from August 2, 2021 to December 6, 2021 be excluded from the Speedy Trial Act calculations. Signed by Judge Victor A. Bolden on 7/10/2021. (Tisdale, I.) (Entered: 07/10/2021) |
| 07/13/2021 | view23 | NOTICE OF E-FILED CALENDAR as to Dennis A. Bradley, Jr, Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 8/2/2021* Jury Selection set for 12/6/2021 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Perez, J.) (Entered: 07/13/2021) |
| 10/12/2021 | view24 | ATTORNEY APPEARANCE: David R. Roth appearing for Dennis A. Bradley, Jr (Roth, David) (Entered: 10/12/2021) |
| 10/22/2021 | view25 | Consent MOTION to Continue *Jury Selection and Related Deadlines* by Jessica Martinez. (Levenson, Carly) (Entered: 10/22/2021) |
| 10/25/2021 | view26 | ORDER granting 25 Motion to Continue as to Jessica Martinez (2). Jury selection and trial continued until **February 7, 2022**. Under 18 U.S.C. § 3161(h)(7)(A), and based on the motion submitted by Ms. Martinez, the Court finds that denying the requested continuance would deny reasonable time necessary for Defendant's counsel to review discovery, confer with Mr. Martinez, and appropriately respond to the charge in this matter. While a waiver has yet to be submitted, counsel has indicated her client's interest in moving the trial date. The Court concludes that the ends of justice will be served by continuing jury selection, outweighing the best interest of the public and the defendant in a speedy trial. *See United States v. Lynch*, 726 F.3d 346, 355 (2d Cir. 2013) ("Because the district court had articulated its findings supporting its determination that the ends of justice would be served before granting the continuance, and those findings fulfilled the criteria set out in § 3161(h)(7)(B), the district court complied with *Zedner*.") (citing *Zedner v. United States*, 547 U.S. 489, 491 (2006) (express Speedy Trial Act findings must be put on the record)). Accordingly, the Court orders that the period from December 6, 2021 to February 7, 2022 be excluded from the calculations under the Speedy Trial Act for Ms. Martinez. Under 18 U.S.C. § 3161(h)(6), because Dennis A. Bradley is co-defendant with Ms. Martinez and no motion for severance has been granted, the period from December 6, 2021 to February 7, 2022 also shall be excluded for Mr. Bradley. Jury selection is rescheduled to **February 7, 2022**. |

| | | |
|---|---|---|
| | | Signed by Judge Victor A. Bolden on 10/25/2021. (Castano, Nelson) (Entered: 10/25/2021) |
| 10/26/2021 | view27 | NOTICE OF E-FILED CALENDAR as to Dennis A. Bradley, Jr, Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 12/6/2021* Jury Selection set for 2/7/2022 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.(Perez, J.) (Entered: 10/26/2021) |
| 12/17/2021 | view28 | Consent MOTION to Continue *Jury Selection and Related Deadlines* by Jessica Martinez. (Attachments: # 1 Speedy Trial Waiver)(Levenson, Carly) (Entered: 12/17/2021) |
| 12/29/2021 | view29 | ORDER granting 28 Motion to Continue as to Jessica Martinez (2). Jury selection and trial continued until **March 7, 2022**.<br><br>Under 18 U.S.C. § 3161(h)(7)(A), and based on the motion submitted by Ms. Martinez, the Court finds that denying the requested continuance would deny reasonable time necessary for Defendant's counsel to prepare for trial. The Court concludes that the ends of justice will be served by continuing jury selection, outweighing the best interest of the public and the Defendant in a speedy trial. *See United States v. Lynch*, 726 F.3d 346, 355 (2d Cir. 2013) ("Because the district court had articulated its findings supporting its determination that the ends of justice would be served before granting the continuance, and those findings fulfilled the criteria set out in § 3161(h)(7)(B), the district court complied with *Zedner*.") (citing *Zedner v. United States*, 547 U.S. 489, 491 (2006) (express Speedy Trial Act findings must be put on the record)).<br><br>Accordingly, the Court orders that the period from February 7, 2022 to March 7, 2022 be excluded from the calculations under the Speedy Trial Act for Ms. Martinez. Under 18 U.S.C. § 3161(h)(6), because Dennis A. Bradley is co-defendant with Ms. Martinez and no motion for severance has been granted, the period from February 7, 2022 to March 7, 2022 also shall be excluded for Mr. Bradley. Jury selection is rescheduled to **March 7, 2022**. The parties intend to begin evidence between March 14, 2022 and March 21, 2022.<br><br>Signed by Judge Victor A. Bolden on 12/29/2021. (Castano, Nelson) (Entered: 12/29/2021) |
| 01/02/2022 | view30 | NOTICE OF E-FILED CALENDAR as to Dennis A. Bradley, Jr, Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 2/7/2022* |

| | | |
|---|---|---|
| | | Jury Selection set for 3/7/2022 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. Jury Trial set for 3/14/2022-3/21/2022 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.(Perez, J.) (Entered: 01/02/2022) |
| 01/02/2022 | view31 | ATTORNEY APPEARANCE David E. Novick appearing for USA (Novick, David) (Entered: 01/02/2022) |
| 01/28/2022 | view32 | NOTICE OF E-FILED CALENDAR as to Dennis A. Bradley, Jr, Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for 1/31/2022 02:00 PM before Judge Victor A. Bolden. **Dial In:** (888) 808-6929; **Participant Code:** 9284309.(Perez, J.) (Entered: 01/28/2022) |
| 01/31/2022 | view33 | Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Status Conference as to Dennis A. Bradley, Jr, Jessica Martinez held on 1/31/2022. The parties shall file by **February 18, 2022** a proposal for possible trial dates. Total Time: 0 hours and 15 minutes (Court Reporter S. Montini.) (Castano, Nelson) (Entered: 01/31/2022) |
| 02/18/2022 | view34 | Consent MOTION to Continue *Jury Selection and for Speedy Trial Findings* by USA as to Dennis A. Bradley, Jr, Jessica Martinez. (Francis, Jonathan) (Entered: 02/18/2022) |
| 02/22/2022 | view35 | ORDER granting 34 Motion to Continue as to Dennis A. Bradley Jr. (1), Jessica Martinez (2).<br><br>Under 18 U.S.C. § 3161(h)(7)(A), and based on the motion submitted by the Government, the Court finds that denying the requested continuance would deny reasonable time necessary for Defendants' counsel to prepare for trial, particularly given the impending production of additional discovery materials. The Court concludes that the ends of justice will be served by continuing jury selection, outweighing the best interest of the public and the Defendants in a speedy trial. *See United States v. Lynch*, 726 F.3d 346, 355 (2d Cir. 2013) ("Because the district court had articulated its findings supporting its determination that the ends of justice would be served before granting the continuance, and those findings fulfilled the criteria set out in § 3161(h)(7)(B), the district court complied with *Zedner*.") (citing *Zedner v. United States*, 547 U.S. 489, 491 (2006) (express Speedy Trial Act findings must be put on the record)).<br><br>Accordingly, the Court orders that the period from March 7, 2022 to May 23, 2022 be excluded from the calculations under the Speedy Trial Act for |

| | | |
|---|---|---|
| | | Mr. Bradley and Ms. Martinez. Jury selection is rescheduled to **May 23, 2022**.<br><br>Signed by Judge Victor A. Bolden on 02/22/2022. (Castano, Nelson) (Entered: 02/22/2022) |
| 03/14/2022 | view36 | ORDER as to Jessica Martinez. In accordance with the violation report submitted by the United States Probation Office today, the Court modifies the conditions of release to require that the defendant seek medical or psychiatric treatment and participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer. All other conditions of release remain in full effect.<br>Signed by Judge Robert M. Spector on 03/14/2022. (Spector, Robert) (Entered: 03/14/2022) |
| 03/14/2022 | view37 | Probation Form 8 Petition for Action on Conditions of Pretrial Release as to Jessica Martinez.<br>Signed by Judge Robert M. Spector on 3/14/2022. (Murphy, Tatihana) (Entered: 03/14/2022) |
| 03/24/2022 | view38 | ATTORNEY APPEARANCE: Tracy Hayes appearing for Jessica Martinez (Hayes, Tracy) (Entered: 03/24/2022) |
| 04/13/2022 | view39 | Probation Form 8 Petition for Action on Conditions of Pretrial Release as to Jessica Martinez.<br>Signed by Judge Robert M. Spector on 4/13/2022. (Langello, Nicholas) (Entered: 04/13/2022) |
| 04/15/2022 | view40 | NOTICE OF E-FILED CALENDAR as to Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Bond Compliance Hearing set for 4/18/2022 01:30 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Robert M. Spector (Langello, Nicholas) (Entered: 04/15/2022) |
| 04/18/2022 | view41 | ORDER as to Jessica Martinez re 39 Probation Form 8. As discussed during today's compliance hearing, the defendant is ordered to particulate in substance abuse treatment as directed by the Probation Office and must comply with whatever recommendations that the Probation Office makes regarding substance abuse treatment. The Probation Office is requested to submit a written status report detailing the defendant's progress in treatment on or before May 18, 2022.<br>Signed by Judge Robert M. Spector on 04/18/2022. (Spector, Robert) (Entered: 04/18/2022) |

| 04/18/2022 | view42 | Minute Entry for proceedings held before Judge Robert M. Spector: Bond Compliance Hearing as to Jessica Martinez held on 4/18/2022. 42 minutes(Court Reporter CourtSmart.)(Langello, Nicholas) (Entered: 04/18/2022) |
|---|---|---|
| 04/26/2022 | view43 | NOTICE OF E-FILED CALENDAR as to Dennis A. Bradley, Jr, Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Telephonic Pretrial Conference set for 5/2/2022 at 10:00 AM before Judge Victor A. Bolden. Telephonic Dial In: (888) 808-6929; Participant Code: 9284309. (Murphy, Tatihana) (Entered: 04/26/2022) |
| 04/27/2022 | view | Terminate Deadlines and Hearings as to Dennis A. Bradley, Jr, Jessica Martinez: Pretrial Conference Cancelled, Entered in Error. (Murphy, Tatihana) (Entered: 04/27/2022) |
| 04/27/2022 | view45 | NOTICE OF E-FILED CALENDAR as to Dennis A. Bradley, Jr, Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Telephonic Status Conference set for 5/2/2022 at 10:00AM before Judge Victor A. Bolden. Telephonic Dial In: (888) 808-6929; Participant Code: 9284309.(Murphy, Tatihana) Modified date and time on 4/27/2022 (Murphy, Tatihana). (Entered: 04/27/2022) |
| 04/27/2022 | view | Set/Reset Deadlines/Hearings as to Dennis A. Bradley, Jr, Jessica Martinez: Telephone Status Conference set for 5/2/2022 at 10:00 AM before Judge Victor A. Bolden. Telephonic Dial In: (888) 808-6929; Participant Code: 9284309. (Murphy, Tatihana) (Entered: 04/27/2022) |
| 04/27/2022 | view | Docket Entry Correction as to Dennis A. Bradley, Jr, Jessica Martinez re 45 Calendar Entry: Telephonic Status Conference is scheduled on May 2, 2022 at 10AM. Telephonic Dial In: (888) 808-6929; Participant Code: 9284309. (Murphy, Tatihana) (Entered: 04/27/2022) |
| 05/02/2022 | view46 | Minute Entry for proceedings held before Judge Victor A. Bolden: Status Conference as to Dennis A. Bradley, Jr, Jessica Martinez held on 5/2/2022 Total Time: 0 hours and 26 minutes (Court Reporter S. Montini.) (Castano, Nelson) (Entered: 05/02/2022) |
| 05/02/2022 | view47 | ORDER as to Dennis A. Bradley, Jr., Jessica Martinez. Under 18 U.S.C. § 3161(h)(7)(A), and as discussed with the parties during today's telephonic status conference, *see* Min. Entry, ECF No. 46 (May 2, 2022), the Court finds that the ends of justice will be served by continuing jury selection until May 31, 2022, outweighing the best interest of the public and the Defendants in a speedy trial. *See United States v. Lynch*, 726 F.3d 346, 355 (2d Cir. 2013) ("Because the district court had articulated its |

| | | |
|---|---|---|
| | | findings supporting its determination that the ends of justice would be served before granting the continuance, and those findings fulfilled the criteria set out in § 3161(h)(7)(B), the district court complied with *Zedner*." (citing *Zedner v. United States*, 547 U.S. 489, 491 (2006) (express Speedy Trial Act findings must be put on the record))). The Court specifically notes and finds that this additional time will be necessary to ensure the preparation of an adequate defense of the charges against both Defendants.<br><br>Accordingly, the Court orders that the period from May 23, 2022 to May 31, 2022 be excluded from the calculations under the Speedy Trial Act for Mr. Bradley and Ms. Martinez. Jury selection is rescheduled to **May 31, 2022**. Signed by Judge Victor A. Bolden on 5/2/2022. (Lee, Diana) (Entered: 05/02/2022) |
| 05/02/2022 | view48 | ORDER as to Dennis A. Bradley, Jr., Jessica Martinez. As discussed with the parties during today's telephonic status conference, *see* Min. Entry, ECF No. 46 (May 2, 2022), the parties shall exchange, but need not file, witness lists by **May 9, 2022**. By **May 13, 2022**, the parties shall file a Joint Trial Memorandum, which shall include proposed *voir dire* questions, proposed jury instructions, the proposed verdict form, any motions *in limine*, exhibit lists (including identifying the extent to which any exhibits are objected to), and, to the extent agreed upon by the parties, witness lists. Any response to any motion *in limine* shall be filed by **May 18, 2022**. The final pre-trial conference will be held on **May 25, 2022 at 10:00 A.M.**, during which the parties shall be prepared to discuss, at a minimum, the witness and exhibit lists, the length of the trial, the procedures for the trial (in terms of sequestration of witnesses, and any necessary protocols related to the COVID-19 pandemic), and any pending motions *in limine*. Jury selection shall begin on **May 31, 2022 at 9:00 A.M.**, and trial shall begin immediately following the selection of a jury. Signed by Judge Victor A. Bolden on 5/2/2022. (Lee, Diana) (Entered: 05/02/2022) |
| 05/02/2022 | view49 | NOTICE OF E-FILED CALENDAR as to Dennis A. Bradley, Jr., Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 5/23/2022*<br><br>Pre-trial Conference set for **May 25, 2022 at 10:00 AM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.<br><br>Jury Selection set for **May 31, 2022 at 9:00 AM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. |

| | | (Lee, Diana) (Entered: 05/02/2022) |
|---|---|---|
| 05/04/2022 | view50 | SUPERSEDING INDICTMENT returned before Judge Robert M. Spector with the signature of the foreperson redacted. Grand jury number N-21-1 as to Dennis A. Bradley, Jr (1) count(s) 1s, 2s-6s, Jessica Martinez (2) count(s) 1s, 2s-6s, 7s, 8s. (Langello, Nicholas) (Entered: 05/04/2022) |
| 05/04/2022 | view51 | Unredacted document with FOREPERSON'S SIGNATURE as to defendant(s)Dennis A. Bradley, Jr, Jessica Martinez. Access to the pdf document is restricted pursuant to Federal Rule of Criminal Procedure 49.1(e). (Langello, Nicholas) (Entered: 05/04/2022) |
| 05/11/2022 | view | NOTICE regarding hearing via Zoom as to Jessica Martinez: The Arraignment scheduled for 5/23/22 at @3:00pm will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1613847497?pwd=MmNRTWlXQkJiaS9VS E5HMHZsVnJ2Zz09 and call in number is +1 646 828 7666.

Meeting ID: 161 384 7497

Meeting Password: 961329

Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Blue, A.) (Entered: 05/11/2022) |
| 05/11/2022 | view52 | NOTICE OF E-FILED CALENDAR as to Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Arraignment set for 5/23/2022 @3:00 PM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson. This hearing will be conducted by Zoom videoconferencing. Meeting ID: 161 384 7497; Passcode: 961329 (Blue, A.) (Entered: 05/11/2022) |
| 05/11/2022 | view53 | MOTION to Sever Defendant by Jessica Martinez. (Attachments: # 1 Memorandum in Support, # 2 Exhibit)(Hayes, Tracy) (Entered: 05/11/2022) |

| 05/11/2022 | view54 | Consent MOTION to Continue *Pretrial Deadlines for Joint Trial Memorandum and Responses to Motions in Limine* by Jessica Martinez. (Levenson, Carly) (Entered: 05/11/2022) |
|---|---|---|
| 05/12/2022 | view55 | ORDER granting 54 Motion to Continue Pretrial Deadlines. The Court extends the deadline for the Joint Trial Memorandum until **May 16, 2022** and the deadline for responses to any motions *in limine* until **May 20, 2022**. Signed by Judge Victor A. Bolden on 5/12/2022. (Lee, Diana) (Entered: 05/12/2022) |
| 05/12/2022 | view56 | MOTION for Bill of Particulars by Jessica Martinez. (Levenson, Carly) (Entered: 05/12/2022) |
| 05/12/2022 | view57 | ORDER as to Dennis A. Bradley, Jr., Jessica Martinez. Any response by the Government or Mr. Bradley to the 53 Motion to Sever shall be filed by **May 18, 2022**, and any reply by Ms. Martinez shall be due by **May 20, 2022**. Signed by Judge Victor A. Bolden on 5/12/2022. (Lee, Diana) (Entered: 05/12/2022) |
| 05/12/2022 | view | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Dennis A. Bradley, Jr, Jessica Martinez 53 MOTION to Sever Defendant .(Government or Bradley Responses due by 5/18/2022, Martinez Replies due by 5/20/2022). (Murphy, Tatihana) (Entered: 05/13/2022) |
| 05/13/2022 | view58 | ORDER as to Jessica Martinez. The Government shall file a response to the 56 Motion for Bill of Particulars by **May 18, 2022**. Any reply by Ms. Martinez shall be due by **May 20, 2022**. Signed by Judge Victor A. Bolden on 5/13/2022. (Lee, Diana) (Entered: 05/13/2022) |
| 05/16/2022 | view59 | *Motion for Order re Subpoenas* by Jessica Martinez. (Levenson, Carly) (Entered: 05/16/2022) |
| 05/16/2022 | view60 | TRIAL MEMO by Dennis A. Bradley, Jr (Attachments: # 1 Exhibit A (Proposed Voir Dire Questions), # 2 Exhibit B (Proposed Jury Instructions), # 3 Exhibit C (Proposed Jury Verdict Form), # 4 Exhibit D (Mr. Bradley's Preliminary Exhibit List), # 5 Exhibit E (The Government's Exhibit List with Mr. Bradley's Objections))(Glasser, James) (Entered: 05/16/2022) |
| 05/16/2022 | view61 | MOTION in Limine *to Exclude Evidence Regarding Connecticut Law* by Dennis A. Bradley, Jr. (Attachments: # 1 Exhibit A)(Glasser, James) (Entered: 05/16/2022) |
| 05/16/2022 | view62 | MOTION in Limine *to Exclude Testimony Regarding SEEC's Investigation and Conclusions* by Dennis A. Bradley, Jr. (Glasser, James) (Entered: 05/16/2022) |

| 05/16/2022 | view63 | First MOTION in Limine *JESSICA MARTINEZS MOTION IN LIMINE EXCLUDE TESTIMONY AND OR ANY REFERENCE TO JESSICA CAMPAIGN IN TEXT MESSAGES* by Jessica Martinez. (Odongo, Lillian) (Entered: 05/16/2022) |
|---|---|---|
| 05/16/2022 | view64 | NOTICE *DEFENDANTS MOTION FOR VOIR DIRE REGARDING IMPLICIT BIAS* by Jessica Martinez (Odongo, Lillian) (Entered: 05/16/2022) |
| 05/16/2022 | view65 | Proposed Jury Instructions by Jessica Martinez (Levenson, Carly) (Entered: 05/16/2022) |
| 05/16/2022 | view66 | NOTICE *MEMORANDUM IN SUPPORT OF DEFENDANTS MOTION FOR VOIR DIRE REGARDING IMPLICIT BIAS* by Jessica Martinez re 64 Notice (Other) (Odongo, Lillian) (Entered: 05/16/2022) |
| 05/16/2022 | view67 | MOTION in Limine *to Preclude Government's SEEC Witnesses from Offering Legal Opinions and Legal Conclusions* by Jessica Martinez. (Levenson, Carly) (Entered: 05/16/2022) |
| 05/16/2022 | view68 | MOTION in Limine *to Exclude Blog Post* by Jessica Martinez. (Levenson, Carly) (Entered: 05/16/2022) |
| 05/16/2022 | view69 | Proposed Voir Dire by Jessica Martinez (Odongo, Lillian) (Entered: 05/16/2022) |
| 05/16/2022 | view70 | MOTION in Limine *to Exclude the Government from Disclosing the Nature of Defendant's Resolved Court Cases* by Jessica Martinez. (Hayes, Tracy) (Entered: 05/16/2022) |
| 05/16/2022 | view71 | MOTION in Limine *to Exclude Specific Government Exhibits* by Jessica Martinez. (Hayes, Tracy) (Entered: 05/16/2022) |
| 05/16/2022 | view72 | TRIAL MEMO by USA as to Dennis A. Bradley, Jr, Jessica Martinez (Attachments: # 1 Government's Proposed Voir Dire Questions, # 2 Government's Proposed Jury Instructions, # 3 Government's Proposed Verdict Form, # 4 Government's Exhibit List)(Francis, Jonathan) (Entered: 05/16/2022) |
| 05/17/2022 | view73 | ORDER as to Jessica Martinez. The Government shall file responses to the 59 Motion for Order and 64 Motion for Voir Dire Regarding Implicit Bias by **May 19, 2022**. Signed by Judge Victor A. Bolden on 5/17/2022. (Lee, Diana) (Entered: 05/17/2022) |
| 05/17/2022 | view74 | SEALED MOTION to Seal - by USA as to Dennis A. Bradley, Jr, Jessica Martinez. (Novick, David) (Entered: 05/17/2022) |
| 05/17/2022 | view75 | SEALED MOTION Sealed Motion - by USA as to Dennis A. Bradley, Jr, Jessica Martinez. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Novick, David) (Entered: 05/17/2022) |

| 05/18/2022 | view76 | Memorandum in Opposition by USA as to Dennis A. Bradley, Jr, Jessica Martinez re 53 MOTION to Sever Defendant *Jessica Martinez* (Francis, Jonathan) (Entered: 05/18/2022) |
|---|---|---|
| 05/18/2022 | view77 | Memorandum in Opposition by USA as to Dennis A. Bradley, Jr, Jessica Martinez re 56 MOTION for Bill of Particulars (Francis, Jonathan) (Entered: 05/18/2022) |
| 05/19/2022 | view78 | Memorandum in Opposition by USA as to Dennis A. Bradley, Jr, Jessica Martinez re 59 *Motion for Order re Subpoenas* (Francis, Jonathan) (Entered: 05/19/2022) |
| 05/19/2022 | view79 | RESPONSE/REPLY by USA as to Dennis A. Bradley, Jr, Jessica Martinez re 66 Notice (Other), 64 Notice (Other) *Government's Response to Defendant Jessica Martinez's Motion for Voir Dire Regarding Implicit Bias* (Francis, Jonathan) (Entered: 05/19/2022) |
| 05/20/2022 | view80 | Memorandum in Opposition by USA as to Dennis A. Bradley, Jr, Jessica Martinez re 67 MOTION in Limine *to Preclude Government's SEEC Witnesses from Offering Legal Opinions and Legal Conclusions,* 61 MOTION in Limine *to Exclude Evidence Regarding Connecticut Law* (Francis, Jonathan) (Entered: 05/20/2022) |
| 05/20/2022 | view81 | Memorandum in Opposition by USA as to Dennis A. Bradley, Jr, Jessica Martinez re 62 MOTION in Limine *to Exclude Testimony Regarding SEEC's Investigation and Conclusions* (Francis, Jonathan) (Entered: 05/20/2022) |
| 05/20/2022 | view82 | Memorandum in Opposition by USA as to Dennis A. Bradley, Jr, Jessica Martinez re 63 First MOTION in Limine *JESSICA MARTINEZS MOTION IN LIMINE EXCLUDE TESTIMONY AND OR ANY REFERENCE TO JESSICA CAMPAIGN IN TEXT MESSAGES* (Francis, Jonathan) (Entered: 05/20/2022) |
| 05/20/2022 | view83 | Memorandum in Opposition by USA as to Dennis A. Bradley, Jr, Jessica Martinez re 68 MOTION in Limine *to Exclude Blog Post* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Francis, Jonathan) (Entered: 05/20/2022) |
| 05/20/2022 | view84 | Memorandum in Opposition by USA as to Dennis A. Bradley, Jr, Jessica Martinez re 70 MOTION in Limine *to Exclude the Government from Disclosing the Nature of Defendant's Resolved Court Cases* (Francis, Jonathan) (Entered: 05/20/2022) |
| 05/20/2022 | view85 | Memorandum in Opposition by USA as to Dennis A. Bradley, Jr, Jessica Martinez re 71 MOTION in Limine *to Exclude Specific Government Exhibits* (Francis, Jonathan) (Entered: 05/20/2022) |

| 05/23/2022 | view86 | Minute Entry for proceedings held before Judge Robert A. Richardson:Arraignment as to Jessica Martinez (2) Count 1s,2s-6s,7s,8s held on 5/23/2022, Plea entered by Jessica Martinez Not Guilty on counts 1s,2s-6s,7s,8s, ( Jury Selection set for 5/31/2022 @9:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden); 7 minutes (Court Reporter CourtSmart.) (Blue, A.) (Entered: 05/23/2022) |
|---|---|---|
| 05/24/2022 | view87 | MOTION to Dismiss *Count Eight* by Jessica Martinez. (Levenson, Carly) (Entered: 05/24/2022) |
| 05/24/2022 | view88 | MOTION to Seal *Exhibit A to Motion to Dismiss Count Eight* by Jessica Martinez. (Levenson, Carly) (Entered: 05/24/2022) |
| 05/24/2022 | view89 | Sealed Document: by Jessica Martinez re 88 MOTION to Seal *Exhibit A to Motion to Dismiss Count Eight* - (Levenson, Carly) (Entered: 05/24/2022) |
| 05/25/2022 | view90 | ORDER granting 88 Motion to Seal as to Jessica Martinez (2). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 5/25/2022. (Lee, Diana) (Entered: 05/25/2022) |
| 05/25/2022 | view91 | ORDER as to Jessica Martinez. The Government shall file a response to the 87 Motion to Dismiss Count Eight by **May 26, 2022**. Signed by Judge Victor A. Bolden on 5/25/2022. (Lee, Diana) (Entered: 05/25/2022) |
| 05/25/2022 | view92 | ORDER as to Dennis A. Bradley, Jr., Jessica Martinez. In preparation for trial, the parties shall each file their exhibit list and copies of the exhibits electronically by **Tuesday, May 31, 2022**. For the in-person proceeding on Tuesday, May 31, 2022, three binder copies of the exhibits also should be provided for the convenience of the Court. Signed by Judge Victor A. Bolden on 5/25/2022. (Lee, Diana) (Entered: 05/25/2022) |
| 05/25/2022 | view93 | Minute Entry for proceedings held before Judge Victor A. Bolden:Pretrial Conference as to Dennis A. Bradley, Jr, Jessica Martinez held on 5/25/2022. Motion Hearing as to Dennis A. Bradley, Jr, Jessica Martinez held on 5/25/2022 re 67 MOTION in Limine *to Preclude Government's SEEC Witnesses from Offering Legal Opinions and Legal Conclusions* filed by Jessica Martinez, 70 MOTION in Limine *to Exclude the Government from Disclosing the Nature of Defendant's Resolved Court* |

| | | |
|---|---|---|
| | | *Cases* filed by Jessica Martinez, 68 MOTION in Limine *to Exclude Blog Post* filed by Jessica Martinez, 59 *Motion for Order re Subpoenas* filed by Jessica Martinez, 53 MOTION to Sever Defendant filed by Jessica Martinez, 71 MOTION in Limine *to Exclude Specific Government Exhibits* filed by Jessica Martinez. Motions taken under advisement. Total Time: 2 hours and 40 minutes.(Court Reporter Sharon Montini.)(Murphy, Tatihana) (Entered: 05/25/2022) |
| 05/26/2022 | view94 | Sealed Document. (Murphy, Tatihana) (Entered: 05/26/2022) |
| 05/26/2022 | view95 | Memorandum in Opposition by USA as to Dennis A. Bradley, Jr, Jessica Martinez re 67 MOTION in Limine *to Preclude Government's SEEC Witnesses from Offering Legal Opinions and Legal Conclusions*, 61 MOTION in Limine *to Exclude Evidence Regarding Connecticut Law (Supplemental Opposition)* (Novick, David) (Entered: 05/26/2022) |
| 05/26/2022 | view96 | MOTION to Seal Exhibit to Government's Supplemental Opposition to Defendants' Motions In Limine to Exclude Testimony Regarding Connecticut Law by USA as to Dennis A. Bradley, Jr, Jessica Martinez. (Novick, David) (Entered: 05/26/2022) |
| 05/26/2022 | view97 | Sealed Document: Exhibit to Government's Supplemental Opposition to Defendants' Motions In Limine To Exclude Testimony Regarding Connecticut Law by USA as to Dennis A. Bradley, Jr, Jessica Martinez re 95 Memorandum in Opposition to Motion, - (Novick, David) (Entered: 05/26/2022) |
| 05/26/2022 | view98 | ORDER granting 74 Sealed Motion as to Dennis A. Bradley Jr. (1), Jessica Martinez (2). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 5/26/2022. (Lee, Diana) (Entered: 05/26/2022) |
| 05/26/2022 | view99 | ORDER denying 75 Sealed Motion as to Dennis A. Bradley Jr. (1), Jessica Martinez (2). Signed by Judge Victor A. Bolden on 5/26/2022. (Lee, Diana) (Entered: 05/26/2022) |
| 05/26/2022 | view100 | Memorandum in Opposition by USA as to Jessica Martinez re 87 MOTION to Dismiss *Count Eight* (Francis, Jonathan) (Entered: 05/26/2022) |

| 05/26/2022 | view101 | ORDER denying 53 Motion to Sever Defendant as to Jessica Martinez (2); denying 56 Motion for Bill of Particulars as to Jessica Martinez (2). For the reasons described in the attached ruling and order, the motion to sever and motion for a bill of particulars are **DENIED**. Signed by Judge Victor A. Bolden on 5/26/2022. (Lee, Diana) (Entered: 05/26/2022) |
|---|---|---|
| 05/26/2022 | view104 | Probation Form 8 Petition for Action on Conditions of Pretrial Release as to Jessica Martinez<br>Signed by Judge Robert M. Spector on 5/26/2022. (Langello, Nicholas) (Entered: 05/27/2022) |
| 05/27/2022 | view102 | ORDER granting 96 Motion to Seal as to Dennis A. Bradley Jr. (1), Jessica Martinez (2). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 5/27/2022. (Lee, Diana) (Entered: 05/27/2022) |
| 05/27/2022 | view103 | ORDER granting 59 Motion for Order as to Jessica Martinez (2). Given the substantial number of witnesses in this case, as well as the lack of certainty as to who will be called to testify, *see* Gov't's Opp'n to Def. Jessica Martinez's Mot. for Order Concerning Trial Subpoenas at 2, ECF No. 78 (May 19, 2022) (noting that the Government has 33 named witnesses on its list, 22 of whom are on its "may call" list), the Court **GRANTS** Ms. Martinez's motion in order to facilitate "the orderly and expeditious disposition of [this] case[]," and hereby orders the Government to hold any released Government witnesses under defense subpoena, *Link v. Wabash*, 370 U.S. 626, 630 (1962); *see also Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases."); Order, *United States v. Hamlett*, No. 3:18-CR-24 (D. Conn. June 1, 2018), ECF No. 164 (granting motion for order to hold released government witnesses under defense subpoena). Signed by Judge Victor A. Bolden on 5/27/2022. (Lee, Diana) (Entered: 05/27/2022) |
| 05/27/2022 | view105 | ORDER denying 87 Motion to Dismiss as to Jessica Martinez (2).<br><br>18 U.S.C. § 1623 provides that recantation is a complete defense to a charge of making a false declaration before a grand jury. *See* 18 U.S.C. § 1623(d) ("Where, in the same continuous court or grand jury proceeding in which a declaration is made, the person making the declaration admits |

such declaration to be false, such admission shall bar prosecution under this section if, at the time the admission is made, the declaration has not substantially affected the proceeding, or it has not become manifest that such falsity has been or will be exposed."). "[I]n order to recant[,] the witness must, as a condition precedent to giving truthful testimony, admit that his perjurious testimony was false." *United States v. D'Auria*, 672 F.2d 1085, 1091-92 (2d Cir. 1982). In other words, "[a]n outright retraction and repudiation of [the defendant's] false testimony is essential to a 'recantation' within the meaning of the statute." *Id.* at 1092. Contrary to Ms. Martinez's assertion, Ms. Martinez has not established that she "outright retract[ed] and repudiat[ed]" her previous testimony that is the basis for the charge in Count Eight. The Government alleges, *inter alia*, that Ms. Martinez falsely stated to the grand jury that "[t]here was no fundraising" at the March 15, 2018 Dolphin's Cove event. *See* Gov't's Opp'n to Def. Jessica Martinez's Mot. to Dismiss at 3, ECF No. 100 (May 26, 2022) ("Gov't Opp'n") (citing Superseding Indictment pars. 95-97, ECF No. 50 (May 4, 2022)). Ms. Martinez argues that her subsequent testimony in the same proceeding that she "knew that $290 was collected on the night of the Dolphin's Cove event" recanted this testimony. *See* Mot. to Dismiss Count Eight of the Indictment at 4-6, ECF No. 87 (May 24, 2022). But Ms. Martinez's acknowledgement that, on March 17, 2018, she received contributions that she understood to have been collected at the March 15, 2018 Dolphin's Cove event did not clearly or expressly repudiate her prior statement. At the very least, Ms. Martinez's testimony raises a factual question as to her understanding of the meaning of "fundraising" in this context--an issue that is for the jury, not this Court, to decide. *See D'Auria*, 672 F.2d at 1092 ("A witness who has lied remains obligated by [her] oath to tell the truth, without prodding. Unless [s]he admits that [s]he gave false testimony, there is no occasion for a recantation.").

Moreover, recantation "is not an effective defense to [a defendant's] perjury prosecution unless [the defendant] also demonstrates that [she] recanted before it became manifest that such falsity would be exposed." *United States v. Fornaro*, 894 F.2d 508, 510 (2d Cir. 1990). Ms. Martinez's testimony that she knew that $290 was collected at the Dolphin's Cove event followed a warning by the Government that "[t]estifying falsely before the grand jury is a crime," *see* Ex. A at 46:18, ECF No. 89 (May 24, 2022), as well as the presentation of evidence to Ms. Martinez regarding text messages she allegedly sent on March 15, 2018 and March 17, 2018 relating to contributions collected at the Dolphin's Cove event, *id.* at 47:22-49:25. In view of this evidence, Ms. Martinez has not demonstrated that she recanted her testimony before it became "manifest" that her alleged false statements had been, or would be, exposed. *See Fornaro*, 894 F.2d at 511 (affirming district court's rejection of recantation defense where the defendant was "confronted

| | | |
|---|---|---|
| | | with the apparent inconsistencies in his testimonies" and "failed to recant before it became evident that he would be exposed").<br><br>Accordingly, Ms. Martinez's motion to dismiss Count Eight is **DENIED**.<br><br>Signed by Judge Victor A. Bolden on 5/27/2022. (Lee, Diana) (Entered: 05/27/2022) |
| 05/27/2022 | view1 06 | ORDER granting in part and denying in part 61 Motion in Limine as to Dennis A. Bradley Jr. (1); granting in part and denying in part 62 Motion in Limine as to Dennis A. Bradley Jr. (1); finding as moot 63 Motion in Limine as to Jessica Martinez (2); granting in part and denying in part 67 Motion in Limine as to Jessica Martinez (2); denying 68 Motion in Limine as to Jessica Martinez (2); finding as moot 70 Motion in Limine as to Jessica Martinez (2); denying 71 Motion in Limine as to Jessica Martinez (2).<br><br>For the reasons described in the attached ruling and order, Defendants' motions *in limine* to exclude any testimony or exhibits regarding the meaning and interpretation of Connecticut election law and regulations [ECF Nos. 61 and 67] are **GRANTED in part** and **DENIED in part**.<br><br>Mr. Bradley's motion *in limine* to exclude testimony regarding SEEC's factual and legal bases for denying his grant application [ECF No. 62] is **GRANTED in part** and **DENIED in part**.<br><br>Ms. Martinez's motion *in limine* to exclude text messages that refer to "Jessica Campaign" [ECF No. 63] is **DENIED as moot**, and the motions *in limine* to exclude the blog post by Leonard Grimaldi [ECF No. 68] and the Facebook posts allegedly attributed to Ms. Martinez [ECF No. 71] are **DENIED**, although their admission is contingent on the proper evidentiary foundation being laid by appropriate witnesses.<br><br>Ms. Martinez's motion *in limine* to exclude the nature of her prior resolved court cases [ECF No. 70] is **DENIED as moot**.<br><br>Signed by Judge Victor A. Bolden on 5/27/2022. (Lee, Diana) (Entered: 05/27/2022) |
| 05/27/2022 | view1 07 | General Voir Dire Questionnaire (Lee, Diana) (Entered: 05/27/2022) |
| 05/27/2022 | view1 08 | Supplemental Voir Dire Questionnaire (Lee, Diana) (Entered: 05/27/2022) |
| 05/27/2022 | view1 09 | Pre-Trial Jury Instructions (Lee, Diana) (Entered: 05/27/2022) |

| 05/29/2022 | view1 10 | MOTION to Seal Motion for Protective Order and Proposed Order by USA as to Dennis A. Bradley, Jr, Jessica Martinez. (Novick, David) (Entered: 05/29/2022) |
|---|---|---|
| 05/29/2022 | view1 11 | SEALED MOTION for Protective Order - by USA as to Dennis A. Bradley, Jr, Jessica Martinez. (Attachments: # 1 Text of Proposed Order)(Novick, David) (Entered: 05/29/2022) |
| 05/30/2022 | view1 12 | ORDER granting 110 Motion to Seal as to Dennis A. Bradley Jr. (1), Jessica Martinez (2). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 5/30/2022. (Lee, Diana) (Entered: 05/30/2022) |
| 05/30/2022 | view1 13 | ORDER granting 111 Sealed Motion as to Dennis A. Bradley Jr. (1), Jessica Martinez (2). Signed by Judge Victor A. Bolden on 5/30/2022. (Lee, Diana) (Entered: 05/30/2022) |
| 05/31/2022 | view1 14 | Proposed Annotated Post-Trial Jury Instructions (Lee, Diana) (Entered: 05/31/2022) |
| 05/31/2022 | view1 15 | Proposed Verdict Form (Lee, Diana) (Entered: 05/31/2022) |
| 05/31/2022 | view1 16 | Proposed Exhibit List by USA (Francis, Jonathan) (Entered: 05/31/2022) |
| 05/31/2022 | view1 17 | Proposed Exhibit List by Dennis A. Bradley, Jr (Glasser, James) (Entered: 05/31/2022) |
| 05/31/2022 | view | Minute Entry for proceedings held before Judge Victor A. Bolden:Voir Dire begun on 5/31/2022. Dennis A. Bradley Jr. (1) on Counts 1s,2s-6s and Jessica Martinez (2) on Counts 1s,2s-6s,7s,8s. (Court Reporter Sharon Montini.)(Murphy, Tatiana) (Entered: 06/02/2022) |
| 05/31/2022 | view1 26 | Minute Entry for proceedings held before Judge Victor A. Bolden:Jury Selection as to Dennis A. Bradley, Jr, Jessica Martinez held on 5/31/2022. Will continue to June 1, 2022. Total Time: 8 hours and 24 minutes. (Court Reporter Sharon Montini.)(Murphy, Tatiana) (Additional attachment(s) added on 6/2/2022: # 1 REPLACEMENT PDF (MAIN)) (Murphy, Tatiana). (Entered: 06/02/2022) |

| 06/01/2012 | view118 | EXHIBIT *[MR. DENNIS BRADLEYS BRIEF IN SUPPORT OF ORAL MOTION TO PRECLUDE LATE-DISCLOSED VIDEO]* by Dennis A. Bradley, Jr, Jessica Martinez (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D)(Glasser, James) (Entered: 06/01/2022) |
|---|---|---|
| 06/01/2012 | view119 | MOTION to Seal EXHIBITS A and E TO [#118] MR. DENNIS BRADLEYS BRIEF IN SUPPORT OF ORAL MOTION TO PRECLUDE LATE-DISCLOSED VIDEO by Dennis A. Bradley, Jr. (Glasser, James) (Entered: 06/01/2022) |
| 06/01/2012 | view120 | Sealed Document: Sealed Exhibit A and Sealed Exhibit E by Dennis A. Bradley, Jr re 118 Exhibit - (Attachments: # 1 Exhibit E)(Glasser, James) (Entered: 06/01/2022) |
| 06/01/2012 | view127 | Minute Entry for proceedings held before Judge Victor A. Bolden: Jury Selection as to Dennis A. Bradley, Jr, and Jessica Martinez held on 6/1/2022. Jury Selection continued till June 3, 2022. Motion Hearing as to Dennis A. Bradley, Jr, and Jessica Martinez held on 6/1/2022 re 119 Oral MOTION to Seal and Motion re Video. Total Time: 6 hours and 46 minutes. (Court Reporter Sharon Montini.) (Murphy, Tatihana) (Entered: 06/02/2022) |
| 06/02/2012 | view121 | NOTICE OF E-FILED CALENDAR as to Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Bond Compliance Hearing via Zoom set for 6/2/2022 04:30 PM before Judge Robert M. Spector. Please see Notice Regarding Hearing via Zoom for attendance details. (Langello, Nicholas) (Entered: 06/02/2022) |
| 06/02/2012 | view | NOTICE regarding hearing via Zoom as to Jessica Martinez: The Bond Compliance Hearing scheduled for 6/2/2022 at 4:30 PM will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1611963263?pwd=OUZCRC9yRzdQNkE0 TWJuSjVMZ09tZz09 and call in number is 16468287666.<br><br>Meeting ID: 161 196 3263<br><br>Meeting Password: 875494<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or |

| | | |
|---|---|---|
| | | any other sanctions deemed necessary by the court. Any member of the public can attend this hearing by using the Zoom link or the Zoom Meeting ID and Password listed in this calendar entry. (Langello, Nicholas) (Entered: 06/02/2022) |
| 06/02/2022 | view122 | NOTICE OF E-FILED CALENDAR as to Dennis A. Bradley, Jr., Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for **June 2, 2022 at 11:00 AM** before Judge Victor A. Bolden.<br>Dial-in: 888-808-6929<br>Participant Code: 9284309<br>If you are prompted to enter a security code, please bypass it. (Lee, Diana) (Entered: 06/02/2022) |
| 06/02/2022 | view123 | ORDER granting 119 Motion to Seal as to Dennis A. Bradley Jr. (1). The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 6/2/2022. (Lee, Diana) (Entered: 06/02/2022) |
| 06/02/2022 | view124 | NOTICE *MR. DENNIS BRADLEYS SUPPLEMENT TO BRIEF REGARDING PRECLUSION (ECF NO. 118)* by Dennis A. Bradley, Jr re 118 Exhibit (Glasser, James) (Entered: 06/02/2022) |
| 06/02/2022 | view125 | Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Status Conference as to Dennis A. Bradley, Jr., Jessica Martinez held on 6/2/2022. Total Time: 00 hours and 23 minutes (Court Reporter S. Montini.) (Lee, Diana) (Entered: 06/02/2022) |
| 06/02/2022 | view128 | NOTICE OF APPEAL (Interlocutory) as to 125 Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Status Conference by USA as to Dennis A. Bradley, Jr, Jessica Martinez (Novick, David) Modified on 6/3/2022 TO LINK TO DOC #125 AND REMOVE FILING FEE (Oliver, T.). (Entered: 06/02/2022) |
| 06/02/2022 | view129 | TRANSCRIPT of Proceedings: as to Dennis A. Bradley, Jr, Jessica Martinez Type of Hearing: Telephonic Conference. Held on 6/2/2022 before Judge Victor A. Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is |

| | | |
|---|---|---|
| | | filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/23/2022. Redacted Transcript Deadline set for 7/3/2022. Release of Transcript Restriction set for 8/31/2022. (Montini, S.) (Entered: 06/02/2022) |
| 06/02/2022 | view 130 | NOTICE OF E-FILED CALENDAR as to Dennis A. Bradley, Jr., Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for **June 2, 2022 at 6:30 PM** before Judge Victor A. Bolden.<br>Dial-in: 888-808-6929<br>Participant Code: 9284309<br>If you are prompted to enter a security code, please bypass it. (Lee, Diana) (Entered: 06/02/2022) |
| 06/02/2022 | view 131 | NOTICE *of Certification of United States Attorney Under 18 USC 3731* by USA as to Dennis A. Bradley, Jr, Jessica Martinez (Francis, Jonathan) (Entered: 06/02/2022) |
| 06/02/2022 | view 132 | Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Status Conference as to Dennis A. Bradley, Jr., Jessica Martinez held on 6/2/2022. As discussed with the parties during the telephonic status conference, the parties shall file their submissions with respect to the Court's jurisdiction following the 128 Notice of Appeal by **Friday, June 3, 2022 at 10:00 AM**. Total Time: 00 hours and 19 minutes (Court Reporter S. Montini.) (Lee, Diana) (Entered: 06/02/2022) |
| 06/02/2022 | view 133 | NOTICE OF E-FILED CALENDAR as to Dennis A. Bradley, Jr., Jessica Martinez: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for **June 3, 2022 at 2:00 PM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Lee, Diana) (Entered: 06/02/2022) |
| 06/02/2022 | view 134 | ORDER as to Jessica Martinez re 104 Probation Form 8. The Court held a hearing today to address the defendant's non-compliance with her conditions of release. The Court held a similar hearing on April 18, 2022. On that date, the Court entered the following order: "As discussed during today's compliance hearing, the defendant is ordered to particulate in substance abuse treatment as directed by the Probation Office and must |

| | | |
|---|---|---|
| | | comply with whatever recommendations that the Probation Office makes regarding substance abuse treatment." Since that hearing, the defendant has tested positive for both cocaine and marijuana on April 18, 2022, April 28, 2022 and May 13, 2022. In addition, the defendant tested positive for opiates on May 19, 2022. Despite the Court's April 18, 2022 order, the defendant's participation in drug treatment has been inconsistent and sporadic. She has only attended three treatment sessions, all in mid-May 2022. Defense counsel asserts that the trial schedule is making it difficult for the defendant to attend treatment sessions, but recognizes the difficulties created by the fact that the defendant is testing positive for cocaine, marijuana and opiates. At the conclusion of the hearing today, the Court directed the Probation Office to submit a written status report on or before June 16, 2022. The parties agreed that, based on the present schedule, the defendant will be able to attend drug treatment as directed by the Probation Office. Defense counsel also indicated that, if the defendant is unable to attend treatment as required, the defendant may request to be subjected to more frequent drug testing and, if this is the case, will request that the Court schedule another compliance hearing to consider other options. Signed by Judge Robert M. Spector on 06/02/2022. (Spector, Robert) (Entered: 06/02/2022) |
| 06/02/2022 | view135 | ATTORNEY APPEARANCE: Daniel Murphy Erwin appearing for Jessica Martinez (Erwin, Daniel) (Entered: 06/02/2022) |
| 06/02/2022 | view136 | Minute Entry for proceedings held before Judge Robert M. Spector: Bond Compliance Hearing via Zoom as to Jessica Martinez held on 6/2/2022. Total Time: 1 hour (Court Reporter CourtSmart.)(Langello, Nicholas) (Entered: 06/03/2022) |
| 06/02/2022 | view | Transmission of Notice of Appeal as to Dennis A. Bradley, Jr, Jessica Martinez to US Court of Appeals re 128 Notice of Appeal - Interlocutory, (Oliver, T.) (Entered: 06/03/2022) |
| 06/03/2022 | view137 | NOTICE - *Government's Memorandum Regarding Jurisdiction* by USA as to Dennis A. Bradley, Jr, Jessica Martinez (Novick, David) (Entered: 06/03/2022) |
| 06/03/2022 | view138 | RESPONSE/REPLY by Jessica Martinez re 132 Status Conference, 131 Notice (Other), 128 Notice of Appeal - Interlocutory *Request For Findings of Fact And Sanctions* (Erwin, Daniel) (Entered: 06/03/2022) |
| 06/03/2022 | view139 | NOTICE - *Brief Regarding the Court's Jurisdiction Following the Government's Filing of a Notice of Appeal* by Dennis A. Bradley, Jr as to Dennis A. Bradley, Jr, Jessica Martinez (Glasser, James) (Entered: 06/03/2022) |