**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date _____                Case #_____ Dft #_____

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br>Vs.<br>_____ | Honorable Judge _____<br>Deputy Clerk _____<br>AUSA _____<br>Counsel for Defendant _____<br>Lilly Odongo, Carly Levenson, Dan Erwin and Tracy Hayes for Martinez. FPD<br>☐ Retained    ☐ CJA    ☐FPD |
| Start Time_____ End Time _____<br>Recess (if more than ½ hr) _____ to _____ | USPO _____<br>Reporter/ECRO/FTR_____<br>Interpreter_____ Language _____ |
| Total Time _____hours _____minutes | Hearing held ☐in person ☐ by video ☐by telephone |

**HEARING AND TIME**

| ☐ Initial Appearance ____ | ☐ Initial Appear. Rule 5 ____ | ☐ Detention ____ | ☐ Arraignment ____ |
|---|---|---|---|
| ☐ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ☐Self surrender   Date_____          ☐ Rule 5 charging district _____
☐Case Unsealed                                           ☐ Order appointing FPD
☐ Deft failed to appear                                  ☐ Order appointing Attorney _____
☐ CJA23 financial affidavit filed under seal             ☐ Set ATTY flag and notify grievance clerk
☐ Oral Brady Order entered and paper to issue            ☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
|---|---|---|
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**
Plea entered of  ☐ NOT guilty  ☐ guilty   ☐ nolo contendere;  As to counts _____
Plea agreement letter ☐ filed  ☐ under seal   ☐ to be filed
☐  Petition to enter guilty plea filed

**SENTENCING**
☐Sentencing set for _____ at _____
☐Probation 246B Order for PSI & Report filed
☐Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

Rev. 12-9-21                                                                                                Page **1** of **2**

**ORDERS**

☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed  ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted    ☐Denied    ☐Advisement
_____ hearing set for _____ ;  continued until_____

**DETENTION**

☐ Govt's motion for pretrial detention filed ☐ Granted   ☐Denied   ☐Advisement
☐ Order of detention filed
☐ Bond set at $_____   ☐ reduced to $_____ ;  ☐Non-surety   ☐Surety     ☐Personal recognizance
☐ Bond  ☐revoked    ☐reinstated     ☐continued    ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**

☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☐ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**

☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement

**NOTES**
_____
_____
_____
_____