# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 3:21CR87(VAB) |
| v. | |
| DENNIS A. BRADLEY, JR. | April 18, 2025 |

## JOINT MOTION FOR TRIAL DATE

The Government, on behalf of both parties and consistent with the Court's April 4, 2025 Order [Dkt. #278], respectfully moves the Court to reschedule jury selection and trial in this matter to a date in early December 2025 that is convenient for the Court.

The Government also requests that the Court enter an order finding the period between April 4, 2025 and jury selection excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The new trial date provides the defense adequate time to prepare, provides both parties continuity of counsel, and was agreed to as appropriate by the parties. Thus, the ends of justice served by continuing trial to December 2025 outweigh the best interests of the public and defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/
JONATHAN N. FRANCIS
ASSISTANT U.S. ATTORNEY