# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
# CRIMINAL HEARING MINUTES

Date November 24, 2025  
Case # 3:21-cr-00087-VAB    Dft # 1

**UNITED STATES OF AMERICA**

Vs.

**DENNIS A. BRADLEY, Jr.**

Honorable Judge Victor A. Bolden  
Deputy Clerk Frances Velez  
AUSA Jonathan Francis/David Novick  
Counsel for Defendant Darnell Deonas Crosland

☒ Retained   ☐ CJA   ☐ FPD

Start Time 10:43 a.m.  End Time 11:30 a.m.  
Recess (if more than ½ hr) _____ to _____

USPO _____  
Reporter/ECRO/FTR Terri Fidanza  
Interpreter _____ Language _____

Total Time _____ hours 47 minutes  
Hearing held ☐ in person ☐ by video ☐ by telephone

## HEARING AND TIME

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ___ | ☐ Initial Appear. Rule 5 ___ | ☐ Detention ___ | ☐ Arraignment ___ |
| ☐ Motion ___ | ☐ Bond ___ | ☐ Waiver/Plea ___ | ☐ Probable Cause ___ |
| ☐ Change of Plea ___ | ☐ Conflict ___ | ☐ Evidentiary ___ | ☐ Extradition ___ |
| ☒ Status Conference ___ | ☐ Competency ___ | ☐ In Camera ___ | ☐ Frye ___ |

☐ Arrest or ☐ Self surrender  Date _____  
☐ Case Unsealed  
☐ Deft failed to appear  
☐ CJA23 financial affidavit filed under seal  
☐ Oral Brady Order entered and paper to issue  

☐ Rule 5 charging district _____  
☐ Order appointing FPD  
☐ Order appointing Attorney _____  
☐ Set ATTY flag and notify grievance clerk  
☐ Defendant waives right to proceed in-person  

## FILED IN COURT

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

## PLEA

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts _____  
Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed  
☐ Petition to enter guilty plea filed

## SENTENCING

☐ Sentencing set for _____ at _____  
☐ Probation 246B Order for PSI & Report filed  
☐ Special Assessment of $_____ on count(s) _____. Total of $_____  ☐ due now  ☐ due at sentencing

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted ☐Denied ☐Advisement
_____ hearing set for _____ ; continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted ☐Denied ☐Advisement
☐ Order of detention filed
☐ Bond set at $_____ ☐ reduced to $_____ ; ☐Non-surety ☐Surety ☐Personal recognizance
☐ Bond ☐revoked ☐reinstated ☐continued ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☐ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

**NOTES**
Jury selection and trial continued to 3/16/25; PTC set for 3/11/25 @ 10:00 a.m.. Rule 12 motions due by 1/9/26; Reponse due by 1/30/26; Reply due by 2/9/26; any additional motions in limine due by 2/6/26; repsonse due by 2/27/26; reply due by 3/6/26.
_____