UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:21-cr-00087-VAB |
| v. | |
| DENNIS A. BRADLEY, JR. | March 15, 2026 |

## GOVERNMENT'S PROPOSED STATEMENT OF THE CASE

The parties have conferred but failed to reach agreement on a non-argumentative statement of the case to be read to the jury in lieu of opening statements. Accordingly, the Government proposes the Court read the following statement, which incorporates language suggested by the defense:

The defendant, Dennis A. Bradley, Jr., is charged with conspiracy to commit wire fraud and wire fraud. The Government alleges that Mr. Bradley used lies and half-truths to obtain campaign financing from the State of Connecticut. In 2018, Mr. Bradley ran for State Senate in the 23rd District, which covers Bridgeport and a part of Stratford. The Government claims Mr. Bradley conspired and schemed to trick the Connecticut State Election Enforcement Commission ("SEEC") into awarding him $179,850 in public campaign grants under the Citizens' Election Program ("CEP"), which he was not eligible to receive.

The Government intends to present evidence that Mr. Bradley organized a March 15, 2018 event at Dolphin's Cove restaurant in Bridgeport that he purported to be a "thank-you party" for his law firm, but in truth was intended to be the launch party for his Senate campaign. Among other things, the Government intends to present evidence that Mr. Bradley planned the event with his campaign (not law firm) staff, paid for the event with personal (not law firm) funds, publicized the event in local media as a campaign announcement, invited numerous Bridgeport politicians,

and made a speech in which he announced his candidacy for Senate. The Government will further present evidence that Mr. Bradley directed his campaign staff to bring campaign contribution forms to the event, to solicit campaign contributions, and then to falsify the dates on contribution forms to hide that they had been collected at the party.

By allegedly paying for his Dolphin's Cove campaign launch event with his own money, the Government contends that Mr. Bradley exceeded the limit on personal funds permitted for a publicly funded candidate, thereby disqualifying him from getting a public grant. The Government will present evidence that Mr. Bradley received from SEEC various documents making clear those limits and the potential consequences of violating them. Nonetheless, the Government contends, Bradley and his co-conspirators lied to SEEC to hide the nature of the event and his use of personal funds to pay for it, in order to defraud SEEC into approving his grant application. The Government will present evidence that Mr. Bradley falsely claimed in official SEEC forms that he had used no personal funds in support of his campaign and, in a sworn affidavit, that he had abided by the CEP rules, including the limit on the use of personal funds. According to the Government, when SEEC later investigated the Bradley campaign's grant eligibility based on a complaint about the Dolphin's Cove event, Mr. Bradley and a co-conspirator falsely told SEEC that there had been no contributions collected at the Dolphin's Cove event.

The Government also contends that Mr. Bradley caused the use of interstate wire communications in furtherance of his scheme. The alleged wires include: a text message in which Mr. Bradley gave instructions to campaign staff to bring contribution forms to the Dolphin's Cove event; the posting of three different SEEC forms from the Bradley campaign on SEEC's electronic Campaign Reporting Information System ("eCRIS"); and the emailing of a letter from Bradley to

SEEC claiming there were no donations collected at Dolphin's Cove and that it was in no shape or form a political event.

To prove its case, the Government intends to call several witnesses and present other evidence, including documents and video and audio recordings.

The physical evidence the Government intends to present includes, among other things: an approximately 28-minute video showing campaign fundraising taking place at the Dolphin's Cove event; text messages among campaign staff regarding planning for that event; business records regarding Mr. Bradley's payments for different aspects of the Dolphin's Cove event; various media posts regarding that event; SEEC candidate guides and CEP program overviews provided to Mr. Bradley and his campaign; contribution forms for donations collected at the Dolphin's Cove event; SEEC forms filed by Mr. Bradley and his campaign; correspondence from Mr. Bradley to SEEC in connection with the SEEC investigation; and audio recordings of statements made to SEEC by Mr. Bradley and his campaign treasurer, Jessica Martinez.

The Government intends to call witnesses who will include: attendees at the Dolphin's Cove event who will talk about what they observed, what is happening in the video, and discuss donations some of them made there; campaign staff who helped to plan and execute the party, including one witness who has pleaded guilty and is cooperating with the Government; SEEC officials who will authenticate official SEEC documents and provide other evidence related to the CEP and the Bradley campaign's grant application, and explain the operation of eCRIS, the electronic campaign form filing system; business record custodians who will authenticate certain records; and FBI agents who will present some of the evidence gathered in the investigation of this case.

Mr. Bradley has pleaded not guilty, denies every allegation, and maintains his innocence. Mr. Bradley maintains that the Dolphin's Cove event was a legitimate thank-you party in which he launched his campaign by announcing he was running for State Senate. It is the Defendant's contention that any expenditures complied with applicable rules, and that there was no scheme to defraud SEEC or the State since all the information available to Mr. Bradley was done out in the open and given to SEEC when requested.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv02874
david.novick@usdoj.gov
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

- 5 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 15, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

              /s/
            JONATHAN N. FRANCIS
            ASSISTANT UNITED STATES ATTORNEY