**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
## CRIMINAL TRIAL MINUTES

Date 3/25/26

Case # 3:21cr00087-VAB     Deft # 1

**UNITED STATES OF AMERICA**

Vs.

DENNIS A. BRADLEY, JR.

Honorable Judge Victor A. Bolden

Deputy Clerk Frances Velez

Counsel for USA David E. Novick / Jonathan N. Francis

Counsel for Deft Darnell Deonas Crosland

Start Time 9:04 a.m.     End Time 2:12 p.m.

Reporter/ECRO/Courtsmart Heather Ireland

Recess (if more than ½ hr) 12:11 to 1:32

Interpreter _____ Language _____

Total Time 3 hour(s) 47 minute(s)

USPO _____

## JURY TRIAL

☐ Jury trial begun

■ Jury of 12 and 4 alternates reported.  ☐ Jury sworn  ■ Jury remains under oath

☐ Juror # _____ excused  ☐ Alternates excused

☐ Defendant _____ failed to appear  ☐ Bench warrant issued

■ Jury trial held   ■ Jury trial continued until 3/26/26 for charge conference at 10:00 a.m.

■ Government rests   ■ Defendant Bradley (rebuttal) rests

☐ Summations held  ☐ Court's charge to the jury

☐ All full exhibits  ☐ Verdict form  ☐ Indictment  ☐ Information given to jury

☐ Jury commences deliberations on _____ at _____

☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.

■ Copy of minutes and jury sign-in sheet given to Jury Clerk

## BENCH TRIAL

☐ Bench trial begun

☐ Bench trial held   ☐ Bench trial continued until _____ at _____

☐ Government rests  ☐ Defendant _____ rests

☐ Bench trial concluded  ☐ Decision Reserved

## MOTIONS

■ Motion 360 - Rule 29 _____ filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement

■ Motion 361 Curative Relief Re Prejudicial Media Pub filed by ☐ Pla ■ Dft ☐ granted ☐ denied ☒ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ **See page 2 for Notes and/or Verdict**

Rev.10/7/24

**VERDICT**

☐ Court declares a MISTRIAL as to defendant(s) _____

☐ Verdict form filed

☐ Oral Verdict  ☐ Court Verdict

☐ Deft _____  ☐ Guilty as to count(s)_____

☐ Deft _____  ☐ Guilty as to count(s)_____

☐ Deft _____  ☐ Guilty as to count(s)_____

☐ Deft _____  ☐ Guilty as to count(s)_____

☐ Deft _____  ☐Not Guilty as to count(s)_____

☐ Deft _____  ☐Not Guilty as to count(s)_____

☐ Deft _____  ☐Not Guilty as to count(s)_____

☐ Deft _____  ☐Not Guilty as to count(s)_____

☐ Court accepts verdict and orders verdict verified and recorded

☐ Jury polled

☐ Deft _____ Sentencing set for _____ at _____

☐ Deft _____ Sentencing set for _____ at _____

☐ Deft _____ Sentencing set for _____ at _____

☐ Probation 246B Order for PSI & Report filed

☐ Bond for DFT _____ ☐set for $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance

☐ Bond for DFT _____ ☐set for $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance

☐ Bond for DFT _____ ☐Revoked ☐ Reinstated ☐ Continued

☐ Bond for DFT _____ ☐Reduced ☐ Increased to $_____ ☐ Non-surety ☐ Surety ☐PR

☐ Bond for DFT _____ ☐Reduced ☐ Increased to $_____ ☐ Non-surety ☐ Surety ☐PR

☐ DFT _____Oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ advisement

☐ Defendant _____ REMANDED into custody

**NOTES**

Rev.10/7/24