**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
## CRIMINAL TRIAL MINUTES

Date _March 26, 2026_                           Case # _3:21CR87 (VAB)_                Deft #_____

Honorable Judge _Victor A. Bolden_

**UNITED STATES OF AMERICA**                    Deputy Clerk _D. Lewis_

Vs.                                             Counsel for USA _Jonathan Francis, David Novick_

_____Dennis Bradley_____   Counsel for Deft _Darnell Crosland_

Start Time_10:19_____ End Time _12:09_____   Reporter/ECRO/Courtsmart _Heather Ireland_

Recess (if more than ½ hr) _____ to _____   Interpreter_____ Language _____

Total Time _1_____hour(s) _50_____minute(s)    USPO _____

---

**JURY TRIAL**
☐ Jury trial begun
☐ Jury of _____ and _____alternates reported.  ☐ Jury sworn ☐ Jury remains under oath
☐ Juror # _____ excused ☐ Alternates excused
☐ Defendant _____ failed to appear ☐Bench warrant issued
☑ Jury trial held    ☑ Jury trial continued until _3/27/2026_____ at _8:30_____
☐ Government rests  ☐ Defendant _____ rests
☐ Summations held  ☐ Court's charge to the jury
☐ All full exhibits ☐ Verdict form ☐ Indictment ☐ Information given to jury
☐ Jury commences deliberations on _____ at _____
☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.
☐ Copy of minutes and jury sign-in sheet given to Jury Clerk

---

**BENCH TRIAL**
☐ Bench trial begun
☐ Bench trial held   ☐ Bench trial continued until _____ at _____
☐ Government rests  ☐ Defendant _____ rests
☐ Bench trial concluded  ☐ Decision Reserved

---

**MOTIONS**
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☑ **See page 2 for Notes and/or Verdict**

Rev.10/7/24

**VERDICT**

☐ Court declares a MISTRIAL as to defendant(s) _____

☐ Verdict form filed

☐ Oral Verdict  ☐ Court Verdict

☐ Deft _____   ☐ Guilty as to count(s)_____

☐ Deft _____   ☐ Guilty as to count(s)_____

☐ Deft _____   ☐ Guilty as to count(s)_____

☐ Deft _____   ☐ Guilty as to count(s)_____

☐ Deft _____   ☐ Not Guilty as to count(s)_____

☐ Deft _____   ☐ Not Guilty as to count(s)_____

☐ Deft _____   ☐ Not Guilty as to count(s)_____

☐ Deft _____   ☐ Not Guilty as to count(s)_____

☐ Court accepts verdict and orders verdict verified and recorded

☐ Jury polled

☐ Deft _____   Sentencing set for _____ at _____

☐ Deft _____   Sentencing set for _____ at _____

☐ Deft _____   Sentencing set for _____ at _____

☐ Probation 246B Order for PSI & Report filed

☐ Bond for DFT _____ ☐ set for $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance

☐ Bond for DFT _____ ☐ set for $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance

☐ Bond for DFT _____ ☐ Revoked ☐ Reinstated ☐ Continued

☐ Bond for DFT _____ ☐ Reduced ☐ Increased to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐ Bond for DFT _____ ☐ Reduced ☐ Increased to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐ DFT _____ Oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ advisement

☐ Defendant _____ REMANDED into custody

**NOTES**

Charge Conference only, jurors did not attend today.

Rev.10/7/24