## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CRIMINAL TRIAL MINUTES

Date 3/27/26

Case # 3:21cr00087-VAB          Deft # 1

**UNITED STATES OF AMERICA**

Vs.

DENNIS A. BRADLEY, JR.

Honorable Judge Victor A. Bolden

Deputy Clerk Frances Velez

Counsel for USA David Novick/Jonathan Francis

Counsel for Deft Darnell Deonas Crosland

Start Time 8:38 a.m.   End Time 4:47 pm

Reporter/ECRO/Courtsmart Heather Ireland

Recess (if more than ½ hr) _____ to _____

Interpreter _____ Language _____

Total Time 5 hour(s) 43 minute(s)

USPO _____

**JURY TRIAL**

☐ Jury trial begun

◼ Jury of 12 and 4 alternates reported. ☐ Jury sworn ◼ Jury remains under oath

☐ Juror # _____ excused ☐ Alternates excused

☐ Defendant _____ failed to appear ☐ Bench warrant issued

◼ Jury trial held   ☐ Jury trial continued until _____ at _____

☐ Government rests ☐ Defendant _____ rests

◼ Summations held ◼ Court's charge to the jury

◼ All full exhibits ◼ Verdict form ☐ Indictment ☐ Information given to jury

◼ Jury commences deliberations on 3/27/28 at 1:47 pm

◼ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.

◼ Copy of minutes and jury sign-in sheet given to Jury Clerk

**BENCH TRIAL**

☐ Bench trial begun

☐ Bench trial held   ☐ Bench trial continued until _____ at _____

☐ Government rests ☐ Defendant _____ rests

☐ Bench trial concluded ☐ Decision Reserved

**MOTIONS**

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ **See page 2 for Notes and/or Verdict**

Rev.10/7/24

**VERDICT**

☐ Court declares a MISTRIAL as to defendant(s) _____

■ Verdict form filed

■ Oral Verdict   ☐ Court Verdict

■ Deft Dennis A. Bradley, Jr._____    ■ Guilty as to count(s) all counts _____

☐ Deft _____    ☐ Guilty as to count(s)_____

☐ Deft _____    ☐ Guilty as to count(s)_____

☐ Deft _____    ☐ Guilty as to count(s)_____

☐ Deft _____    ☐ Not Guilty as to count(s)_____

☐ Deft _____    ☐ Not Guilty as to count(s)_____

☐ Deft _____    ☐ Not Guilty as to count(s)_____

☐ Deft _____    ☐ Not Guilty as to count(s)_____

■ Court accepts verdict and orders verdict verified and recorded

■ Jury polled

☐ Deft _____ Sentencing set for _____ at _____

☐ Deft _____ Sentencing set for _____ at _____

☐ Deft _____ Sentencing set for _____ at _____

☐ Probation 246B Order for PSI & Report filed

☐ Bond for DFT _____ ☐ set for $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance

☐ Bond for DFT _____ ☐ set for $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance

☐ Bond for DFT _____ ☐ Revoked ☐ Reinstated ☐ Continued

☐ Bond for DFT _____ ☐ Reduced ☐ Increased to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐ Bond for DFT _____ ☐ Reduced ☐ Increased to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐ DFT _____ Oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ advisement

☐ Defendant _____ REMANDED into custody

**NOTES**

Rev.10/7/24