UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff,*<br><br>    v.<br><br>DENNIS A. BRADLEY, JR.,<br>    *Defendant.* | No. 3:21-cr-00087 (VAB) |

## JURY VERDICT FORM

We the jury unanimously find:

**Count One**

As to the charge in Count One of conspiracy to commit wire fraud, we unanimously find Dennis A. Bradley, Jr.

_____ Not Guilty          ___X___ Guilty

Count Two

As to the charge in Count Two of wire fraud, we unanimously find Dennis A. Bradley, Jr.

_____ Not Guilty          ___X___ Guilty

1

**Count Three**

As to the charge in Count Three of wire fraud, we unanimously find Dennis A. Bradley, Jr.

_____ Not Guilty          X_____ Guilty

**Count Four**

As to the charge in Count Four of wire fraud, we unanimously find Dennis A. Bradley, Jr.

_____ Not Guilty          X_____ Guilty

**Count Five**

As to the charge in Count Five of wire fraud, we unanimously find Dennis A. Bradley, Jr.

_____ Not Guilty          X_____ Guilty

**Count Six**

As to the charge in Count Six of wire fraud, we unanimously find Dennis A. Bradley, Jr.

_____ Not Guilty          X_____ Guilty

Dated at New Haven, Connecticut on this the _27_ day of March 2026 at _4:27_ a.m./p.m.

_____/s/_____

FOREPERSON

2